BEFORE THE SECOND DIVISION, MARCH 8, 1966

**No. 69825.**—Isaac B. Cohen & Sons Corp. *v.* United States, protests 64/23871, etc. (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiff was sustained.

**No. 69826.**—Rohner Gehrig & Co., Inc., and The Graber Manufacturing Co. *v.* United States, protest 61/5991 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.